FILED
3/16/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
CP

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **1:21-CR-00175** |
| ) | |
| v. ) | Violation: Title 18, United States |
| ) | Code, Section 922(g)(1) |
| IELIOT JACKSON ) | **JUDGE VALDERRAMA** |
| ) | **MAGISTRATE JUDGE JANTZ** |

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

On or about May 27, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

IELIOT JACKSON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Israel Weapons Industries model Jericho 941 .40 caliber pistol, bearing serial number J0002179, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, an Israel Weapons Industries model Jericho 941 .40 caliber pistol, bearing serial number J0002179, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY