FILED
FEB 16 2022 CR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SM

February 06, 2022

Dear Honorable Judge Valderrama:

Your Honor, I am forwarding to your Honorable Courtroom this sincere missive, to inform the court of several pressing issues that have arose in the government's case. Your Honor, I was before the court on November 30th, 2021, at which time the court ordered the government to make available to the defendant the discovery in said case; the government advised the court that the discovery would to provided to me within a week, I have yet to receive the discovery. The actions of the government have prevented me from making an intelligent decision in the claims that are posed against me.

Your Honor, during these trying times that are upon us, with the Covid Pandemic, of which I am currently recovering. Several grave matters have affected me and my family. I have lost two loved ones within a months' time, my aunt succumbed to cancer, my 14 year old nephew was senselessly murdered from the hopeless violence that is plaguing Chicago. These

disheartening events have caused me to reconsider my position on demanding a trial in my case, I have sought a plea in this matter. There is a lack of communication between me and my attorney's which has severely broken down the adversarial process in my case. I am at my wit's end, I am desperately needed in not only my family but my community, and these actions of both parties have added unwanted and unnecessary delay in reaching a fair outcome.

Your Honor, the conditions that placed upon me due to the covid pandemic, such as, lack of access to legal materials, law library, being forced to remain in my cell for 22 hours a day without a penological justification, it's due to my denial of the covid vaccine. I am enduring these unconstitutional actions which makes it impossible for me to adequately defend my self.

In closing, Your Honor, I humbly submit this letter, seeking your just discretion in addressing these perilous issues to ensure that justice is well served. I thank you for your time, patience, and consideration.

Respectfully submitted
Deviot Jackson

Ieliot Jackson 47790-504
Metropolitan Correction Center
(Chicago)
71 W. Van Buren St
Chicago Il 60605

Legal mail:

United States District Court
Northern District of Illinois
Eastern Division
Honorable Judge Valerrama
219 N. Dearborn
Chicago Il 60605

Legal mail:

INSPECTED BY THE UNITED STATES MARSHALS SERVICE

RECEIVED
JURY DEPARTMENT
FEB 16 2022
JT
CLERK'S OFFICE U.S. DISTRICT COURT

USA FOREVER

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST., CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

FEB 09 2022

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.



02/16/2022-8