## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                      Case No.: 1:21−cr−00175
                                      Honorable Franklin U. Valderrama

Ieliot Jackson

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama as to Ieliot Jackson (1): On an email request from Defense Counsel and by agreement from the parties, the in−person hearing on 09/28/2022 at 10:30 a.m. is stricken and reset to 10/07/2022 at 10:30 a.m. With no objection, the Court excludes time through 10/07/2022 under 18 U.S.C. § 3161(h)(7)(A) in the interest of justice. Excluding time will allow the parties the reasonable time necessary to effectively prepare the case. Such delay outweighs the interests of the public and the defendant in a speedy trial. Defendant remains in custody. Pursuant to Federal Rule of Criminal Procedure 5(f)(1), the Court confirms the Government's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.