**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                               Case No.: 1:21–cr–00175
                                                        Honorable Franklin U. Valderrama

Ieliot Jackson

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 5, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama as to Ieliot Jackson (1): On the Court's own motion, the telephonic status hearing for defendant Ieliot Jackson on 01/19/2023 at 10:30 a.m. is stricken and RESCHEDULED to 01/13/2023 at 9:00 a.m. The call−in number is (888) 808−6929 and the access code is 5348076. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Defendant remains in custody. The Court excludes time through 01/13/2023 under 18 U.S.C. §3161(h)(7)(A) in the interest of justice. Excluding time will allow the parties to continue attempts to resolve the case short of trial, or otherwise continue to review discovery and continue to prepare the case for trial. Such delay outweighs the interests of the public and the defendant in a speedy trial. Pursuant to Federal Rule of Criminal Procedure 5(f)(1), the Court confirms the Government's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.